**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

V.                                                                                    **4:06CR00187 JMM**

**DENISE R. PICKENS**

**AMENDED JUDGMENT**

The Motion to Amend Restitution (Docket # 16) is GRANTED. The Judgment entered on January 25, 2007 is amended as stated in the Motion with respect to Account 29. The Judgment shall reflect a total restitution amount of $22,017.46. This amount shall remain joint and several with the defendants listed in the original Judgment.

IT IS SO ORDERED this  11th  day of August, 2008.

_____
James M. Moody
United States District Judge